# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOSE PEDRO SANTOS BARROS** ) <br> *Plaintiff-Petitioner,* ) <br>  ) <br> v. ) <br>  ) <br> **ANTONE MONIZ,** Superintendent ) <br> Plymouth County Correctional Facility ) <br>  ) <br>  ) <br> *Defendant-Respondent*. ) | Civ. No.  **1:21-cv-10318** <br><br> JANUARY 28, 2021 <br> **PETITION FOR WRIT OF** <br> **HABEAS CORPUS PURSUANT** <br> **TO 28 U.S.C. § 2241** <br> **(EXPEDITED HEARING** <br> **REQUESTED)** |

## DECLARATION OF JOSE BARROS

I, Jose Barros, swear under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I have been in ICE custody for one year and three months.

2. I was granted cancelation of removal by an immigration judge but remain in ICE custody awaiting the Board of Immigration Appeal's decision on the Government's appeal.

3. ICE first detained me after picking me up from my home on November 3, 2019. They placed me at Plymouth County House of Corrections, where I am currently detained.

4. I was born in Cape Verde on ▓▓▓▓▓, 1986.

5. On December 20, 1991 I was admitted to the United States in Boston, Massachusetts as a Lawful Permanent Resident. I was five years old.

6. On December 20, 2018 I was sentenced to six months in Plymouth County House of Correction for a Misdemeanor Breaking and Entry charge. I was credited seventy-nine days and wrapped up my time in March of 2019.

7. On January 10, 2019 I was sentenced to serve one year in Plymouth County House of Corrections for Drug Possession Class B (Cocaine). I was credited 266 days and wrapped up my time in March of 2019.

8. Both of these sentences were directly linked to my past drug problem.

9. I was completed my sentence in full in March of 2019. I returned home to my parents and was focused on staying clean and helping my parents.

10. Six months later, in November of 2019, I was placed back in Plymouth County House of Correction, this time for immigration detention. The Department of Homeland Security charged me with being subject to removal based on the same Massachusetts criminal offense, possession of a class B controlled substance, that I had already served time for.

11. With the help of my attorney I requested cancellation of my removal.

12. My attorney rescheduled my June 5, 2020 immigration hearing for me because my mother died of Covid-19.  The grief was overwhelming for my father and me. We were both going to testify that I had been clean and was helping to take care of my mother.

13. On July 1, 2020, an Immigration Judge granted my cancellation of removal request.

14. However, I remained detained at Plymouth County House of Corrections because DHS filed an appeal on July 16, 2020.

15. With the help of my attorney, I responded to this appeal and am still waiting for an appeal hearing date.

16. I have no idea how long this wait will be. I waited seven months in detention for my hearing date in which I was granted the cancellation of removal. Now, I have been waiting an additional six months since that time for an appeal date. Thirteen months is too long to suffer in the Plymouth County House of Corrections.

17. Because my mother died of Covid-19, I know what that looks like. I constantly fear for my health here at Plymouth County House of Corrections. Covid-19 cases are going around the caseworkers, staff, and inmates. The risk is too much.

18. I feel like it is only a matter of time before everyone in here is sick. I sleep in the same room with other people, where it is impossible for all of us to maintain six feet of distance from each other at all times. It is impossible to adhere to the Covid-19 health guidance in these conditions. Sanitation is not enough when I am breathing the same air in the same small room.

19. If I were home I would be able to quarantine properly and provide support for my grieving father.

20. I have been in immigration detention longer than the time I had already served for my criminal convictions.

21. I understand that the Plymouth County Correctional Facility has imposed strict restrictions on visitors and has encouraged legal visits to be conducted by telephone whenever possible. Accordingly, on January 28, 2021, I spoke with my attorney, Manuel Pires, by telephone. Attorney Pires read this declaration aloud to me over the phone. I confirmed that everything read to me is true and correct to the best of my information and belief, and I instructed Attorney Pires to use my electronic signature on this declaration.

Dated: January 28, 2021

/s/ Jose Barros
Jose Barros